| | |
|---|---|
| 1 | ARIEL E. STERN, ESQ. |
| | Nevada Bar No. 8276 |
| 2 | CHRISTINE M. PARVAN, ESQ. |
| | Nevada Bar No. 10711 |
| 3 | AKERMAN SENTERFITT LLP |
| | 400 South Fourth Street, Suite 450 |
| 4 | Las Vegas, Nevada 89101 |
| | Telephone:    (702) 634-5000 |
| 5 | Facsimile:    (702) 380-8572 |
| | Email: ariel.stern@akerman.com |
| 6 | Email: christine.parvan@akerman.com |

*Attorneys for Defendants*
*BAC Home Loans Servicing, LP, as named*
*and also improperly named as Bank of*
*America Home Loans, Bank of America, NA,*
*as Successor by Merger to BAC Home*
*Loans Servicing, LP, and MERS*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES L. POTTER and CHARLENE E. POTTER, | Case No.: 2:10-cv-02095-GMN-LRL |
| Plaintiffs, | |
| vs. | **ORDER CANCELING LIS PENDENS** |
| BANK OF AMERICA HOME LOANS, BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP, and MERS (MORTGAGE ELECTRONIC REGISTRATION SYSTEMS), | |
| Defendants. | |

This Court issued an Order granting Defendants BAC Home Loans Servicing, LP (as named and also improperly named as "Bank of America Home Loans"), Bank of America, NA, as Successor by Merger to BAC Home Loans Servicing, LP, and Mortgage Electronic Registration Systems' (collectively "Defendants") Motion to Dismiss on July 20, 2011 [Dkt. 25].

Defendants request that the lis pendens Plaintiffs James L. Potter and Charlene E. Potter recorded against the subject property be canceled.

The Court finds that Plaintiffs James L. Potter and Charlene E. Potter recorded a Notice of Pending Action ("Lis Pendens") on or about November 8, 2010, as Instrument No. 20101108-0001241 in the real property records maintained by the Clark County Recorder. A copy of the Lis

Pendens is attached hereto at **Exhibit A** and fully incorporated by reference.

Upon consideration of Defendants' request to cancel the above referenced Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. It is ordered, adjudged and decreed that the above referenced Lis Pendens is hereby cancelled, released, and expunged.

2. It is further ordered, adjudged and decreed that this Order canceling the above referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. It is further ordered, adjudged and decreed that Defendants record a properly certified copy of this Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

**IT IS SO ORDERED** this 27th day of July, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

**AKERMAN SENTERFITT LLP**

 /s/ Christine M. Parvan
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendants
BAC Home Loans Servicing, LP, improperly named as Bank of America Home Loans, Bank of America, NA, as Successor by Merger to BAC Home Loans Servicing, LP, and MERS*

# EXHIBIT "A"

# EXHIBIT "A"

{LV043053;1}

APN# 125-25-414-004

(7)

Inst #: 201011080001241
Fees: $16.00
N/C Fee: $0.00
11/08/2010 11:04:02 AM
Receipt #: 570003
Requestor:
JAMES POTTER
Recorded By: GWC   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

NOTICE OF PENDENCY OF ACTION
(LIS PENDENS)
_____
Type of Document

**Recording Request By:**

James L. Potter and Charlene E. Potter

**Return Documents To:**

| | |
|---|---|
| **Name** | James L. Potter and Charlene E. Potter |
| **Address** | 5721 Tropic Mist Street |
| **City/State/Zip** | Las Vegas, NV  89130 |

This page added to provide additional information required by NRS 111.312 Section 1-2

(An additional recording fee of $1.00 will apply)

This cover page must be typed or printed clearly in black ink only.

APN: 125-25-414-004
Recording requested by and mail
documents to:

James L. Potter and Charlene E. Potter
5721 Tropic Mist Street
Las Vegas, NV 89130


James L. Potter and Charlene E. Potter
Plaintiffs
vs.
Bank of America Home Loans
Defendant

United States District Court
District of Nevada

Case No. A-10-628505-C

## NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

NOTICE IS GIVEN that the above entitled action was filed in the above entitled court on _November 2,_ 2010 by James L. Potter and Charlene E. Potter, Plaintiffs, against Bank of America Home Loans, Defendant. The action affects the alledged mortgage and title to the specific property as further identified in the Complaint.

The real property affected by this action is situated in the City of Las Vegas, County of CLARK, State of NEVADA and is described as follows:

**COMMONLY KNOWN ADDRESS:**   5721 Tropic Mist Street, Las Vegas, Nevada 89130

**LEGAL DESCRIPTION:**

**LOT Ten(10) IN BLOCK ONE (1) OF SUNSET HILLS PHASE 4, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 66 OF PLATS, PAGE 92 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.**

Notice of Pendency of Action          Page 1 of 2          Initials: _JP cp_

Dated November 2, 2010

_____
James L. Potter
Plaintiff

_____
Charlene E. Potter
Plaintiff

STATE OF NEVADA   )
COUNTY OF CLARK   )

Subscribed and sworn to before me this 2nd day of November, 2010.

_____
Diana M. West
Notary

[Notary Seal: DIANA M. WEST, Notary Public, State of Nevada, Appointment No. 94-3785-1, My Appt. Expires Apr 13, 2014]

94-3785-1

Notice of Pendency of Action        Page 2 of 2        Initials: JP cp