ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: christine.parvan@akerman.com

*Attorneys for Defendant, Bank of America, N.A.;
BAC Home Loans Servicing, LP; and
Mortgage Electronic Registration
Systems, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES L. POTTER and CHARLENE E. POTTER, et al.<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP; TREASURY BANK, N.A.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>　　　　　　　Defendants. | Case No.: 2:10-cv-02095-GMN-LRL |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of January, 2013 and pursuant to FRCP 5, I served via the CM/ECF electronic filing system and/or deposited for mailing in the U.S. Mail a true

/ / /

/ / /

/ / /

{25694853;1}

and correct copy of the attached **MINUTE ORDER IN CHAMBERS REGARDING STATUS CONFERENCE HELD ON JANUARY 16, 2013 [DKT 36]**, postage prepaid and addressed to:

James L. Potter
Charlene E. Potter
5721 Tropic Mist Street
Las Vegas, Nevada 89130

*Plaintiffs in Proper Person*

/s/ Carmen Stafford
An employee of AKERMAN SENTERFITT LLP

United States District Court

District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 1/16/2013 at 3:19 PM PST and filed on 1/16/2013
**Case Name:**        Potter et al v. BAC Home Loans Servicing, LP
**Case Number:**      2:10-cv-02095-GMN-GWF
**Filer:**
**Document Number:** 36(No document attached)

**Docket Text:**
**MINUTES OF PROCEEDINGS - Status Conference held on 1/16/2013 before Magistrate Judge George Foley, Jr. Crtrm Administrator:** *E. Garcia*; **Pla Counsel:** *James L. Potter and Charlene E. Potter, Pro Se*; **Def Counsel:** *Steve Shevorski*; **Court Reporter/FTR #:** *2:31p.m. - 2:36p.m.*; **Courtroom:** *3A*; **The Court makes preliminary remarks and hears representations of counsel. Counsel for Defendant requests seven (7) days from today's date to respond to the Second Amended Complaint. The Court grants counsel for Defendant's request, answer or response to Second Amended Complaint due by Wednesday, January 23, 2013 at 5:00 p.m.. The Court denies as moot [33] Plaintiff's Motion for Expense in Making Service - FRCP 4(d) and [34] Plaintiff's Motion to Extend Time for Making Service - FRCP 4(m). (Copies have been distributed pursuant to the NEF - EMG)**

**2:10-cv-02095-GMN-GWF Notice has been electronically mailed to:**

Ariel E. Stern ariel.stern@akerman.com, Adam.Crawford@akerman.com, Steven.Shevorski@akerman.com, allison.schmidt@akerman.com, christina.bhirud@akerman.com, christine.parvan@akerman.com, debbie.julien@akerman.com, jacob.bundick@akerman.com, jalene.anderson@akerman.com, laura.myers@akerman.com, natalie.winslow@akerman.com, stacey.grata@akerman.com, tenesa.scaturro@akerman.com

Jacob D Bundick jacob.bundick@akerman.com, Adam.Crawford@akerman.com, allison.schmidt@akerman.com, ariel.stern@akerman.com, christina.bhirud@akerman.com, christine.parvan@akerman.com, debbie.julien@akerman.com, jessica.keele@akerman.com, judy.berry@akerman.com, laura.myers@akerman.com, natalie.winslow@akerman.com, steven.shevorski@akerman.com, tenesa.scaturro@akerman.com

Christine M. Parvan christine.parvan@akerman.com, Adam.Crawford@akerman.com, allison.schmidt@akerman.com, ariel.stern@akerman.com, christina.bhirud@akerman.com, debbie.julien@akerman.com, jacob.bundick@akerman.com, jessica.keele@akerman.com, judy.berry@akerman.com, laura.myers@akerman.com, natalie.winslow@akerman.com, steven.shevorski@akerman.com, tenesa.scaturro@akerman.com

**2:10-cv-02095-GMN-GWF Notice has been delivered by other means to:**

Charlene E. Potter
5721 Tropic Mist Street
Las Vegas, NV 89130

James L. Potter
5721 Tropic Mist Street
Las Vegas, NV 89130